IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-296-F

| GEORGE V. STOKES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| MARK A. GRAMHAM, M.D., *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This cause comes before the Court upon Plaintiff's request for the undersigned to reconsider the denial of Plaintiff's motion to proceed *in forma pauperis*. The undersigned has reviewed the additional information provided by Plaintiff and finds that he has still failed to demonstrate that payment of the required court costs would deprive her of the "necessities of life." *See* Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331 (1948); Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993). Accordingly, the instant motion (DE-4) is DENIED.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Thursday, September 02, 2010.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE